**Dismissed and Memorandum Opinion filed June 1, 2023**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00823-CV

### GENEVA COLBERT, Appellant

### V.

### HARRISBURG SRO, LTD., Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1181315**

## MEMORANDUM OPINION

This appeal is from a judgment signed October 28, 2022. The clerk's record was filed December 20, 2022. The reporter's record was filed February 13, 2023. No brief was filed.

On April 4, 2023, this court issued an order stating that unless appellant filed a brief on or before May 4, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Spain.